IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gregory G.,

           Plaintiff,

v.

Commissioner of Social Security,

           Defendant.

Case No. 2:23-cv-2527

Judge Graham

Magistrate Judge Deavers

### Order

This matter is before the Court for consideration of the November 12, 2024 Report and Recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b).  The Magistrate Judge recommended that the plaintiff's statement of errors be overruled and that the final decision of the Commissioner of Social Security be affirmed.

The Report and Recommendation specifically advised the parties that a failure to object within fourteen days would result in waiver of the right to have the District Judge review the Report and Recommendation *de novo* and a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation.  The time period for filing objections has expired, and no party has objected to the Report and Recommendation.

Upon review, the Court agrees with the Report and Recommendation (Doc. 13), and it is hereby adopted.  Plaintiff's statement of errors is OVERRULED and the decision of the Commissioner is AFFIRMED.

                                                          s/ James L. Graham
                                                          JAMES L. GRAHAM
                                                          United States District Judge

DATE: January 7, 2025